|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | UNITED STATES DISTRICT COURT | |
| 6 | EASTERN DISTRICT OF WASHINGTON | |

```
DUNCAN J. McNEIL,              )
                               )
                               )
              Plaintiff,       )    No.   CV-05-314-AAM
                               )
      vs.                      )
                               )    ORDER OF DISMISSAL
                               )
                               )
                               )
UNITED STATES, et al.,         )
                               )
                               )
              Defendants.      )
_____)
```

This action was transferred here from the Middle District of Florida. It is largely identical to another action which was transferred here from the Middle District of Florida and subsequently dismissed by this court in 05-211-AAM (Ct. Rec. 8). It is also largely identical to other actions which have been filed in other districts in an effort to circumvent the undersigned's pre-filing review order and a subsequent order barring plaintiff from proceeding *in forma pauperis* on any matter. For reasons already set forth in the orders of dismissal entered in those other actions (Ct. Rec. 5 in CV-05-200-AAM; Ct. Rec. 8 in 05-211-AAM; Ct. Rec. 6 in 05-218-AAM; Ct. Rec. 13 in 05-249-AAM; Ct. Rec. 6 in 05-263-AAM; Ct. Rec. 8 in 05-281-AAM; Ct. Rec. 6 in 05-291-AAM; Ct. Rec. 8 in 05-295-AAM; and Ct. Rec. 12 in 05-304-AAM), this action is also **DISMISSED with prejudice**.

Plaintiff shall not be allowed to file any further documents in the captioned matter, with the exception of a Notice of Appeal to the Ninth Circuit Court of Appeals. If plaintiff chooses to

**ORDER OF DISMISSAL -** 1

appeal, this order serves as this court's notice that the appeal is not taken in good faith and will not be certified for appeal by this court. 28 U.S.C. §1915(3) and Fed. R. App. P. 24(a). The effect of this is that this court will not allow plaintiff to proceed *in forma pauperis* on appeal nor appoint him counsel on appeal.

**IT IS SO ORDERED**. The District Executive shall enter judgment accordingly and forward a copy of the judgment and this order to plaintiff McNeil.

**DATED** this  21st  of October, 2005.

    s/ Alan A. McDonald
    ALAN A. McDONALD
    Senior United States District Judge

**ORDER OF DISMISSAL -**     2